# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC,

                Plaintiff,    :    Case No. 3:23-cv-325

                              District Judge Walter H. Rice
- vs -                      Magistrate Judge Michael R. Merz

KRAZY DAZE LLC, et al.,

                Defendants.    :

## DECISION AND ORDER

This trademark infringement case is before the Court on Plaintiff's Motion for the Clerk to enter the default of both Defendants (ECF No. 16).  The docket shows that Plaintiff has now properly filed proof of service on these Defendants (ECF No. 14) and neither of them has responded within the time allowed by law.

Accordingly, the Clerk is directed to enter the default of both Defendants pursuant to Fed.R.Civ.P. 55.

January 22, 2025.

                                                     s/ *Michael R. Merz*
                                               United States Magistrate Judge