**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00325-WHR-CHG

GS HOLISTIC, LLC,

Plaintiff,

vs.

KRAZY DAZE, INC., d/b/a KRAZY DAZE, et al.,

Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GS Holistic, LLC, hereby gives notice to the Court that the Plaintiff GS Holistic and Defendants Krazy Daze LLC., d/b/a Krazy Daze and Melissa Corey have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the Settlement Agreement.

Respectfully submitted,

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*