THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

GS HOLISTIC, LLC, :

Plaintiff, :

v. :

KRAZY DAZE LLC, *et al.*, :

Defendants/Third-Party Plaintiffs

Case No. 3:23-cv-325

Judge Walter H. Rice
Mag. Judge Michael R. Merz

---

ORDER REQUIRING DEFENDANTS/THIRD-PARTY PLAINTIFFS KRAZY DAZE LLC AND MELISSA COREY TO NOTIFY THE COURT WITHIN SEVEN (7) DAYS OF ENTRY AS TO WHETHER THEIR THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT INDIANA IMPORT, LLC (DOC. #37) REMAINS VIABLE; FAILURE TO NOTIFY WILL RESULT IN THE THIRD-PARTY COMPLAINT BEING DISMISSED WITHOUT PREJUDICE TO REFILING AND THE CAPTIONED CASE BEING TERMINATED

---

This case is before the Court on its *sua sponte* review of the docket in the captioned matter. On January 10, 2024, Plaintiff GS Holistic, LLC, filed its Complaint against Defendants/Third-Party Plaintiffs (hereinafter "Defendants") Krazy Daze LLC and Melissa Corey. (Doc. #3). Defendants filed an Answer on October 31, 2025 (Doc. #35), and on November 14, 2025, filed a Third-Party Complaint against Third-Party Defendant Indiana Import, LLC ("Indiana Import"). (Doc. #37).[1] Indiana Import was served on or about January 7, 2026. (Return

---

[1] While the Third-Party Complaint indicated that Shaker M. Hussein, as a member of Indiana Import, was to be served (Doc. #37, PAGEID 383, 384, ¶ 3), Hussein was not listed individually as a Third-Party Defendant.

Receipt, Doc. #50, PAGEID 458). On January 20, 2026, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendants "have settled this matter." (Doc. #51, PAGEID 459). The same day, Plaintiff filed a Notice of Voluntary Dismissal of its Complaint against Defendants. (Doc. #52, PAGEID 461).

Neither document addressed the status of Defendants' third-party claims against Indiana Import. Accordingly, Defendants' are ORDERED to notify the Court within SEVEN (7) days of entry as to whether the Third-Party Complaint (Doc. #37) against Indiana Import remains viable. Failure to respond within that time will result in the Third-Party Complaint being dismissed without prejudice to refiling, if same can be done within the prevailing statute of limitations, and the captioned case being ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

IT IS SO ORDERED.

January 23, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT