**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00325-WHR-CHG

GS HOLISTIC, LLC,

Plaintiff,

vs.

KRAZY DAZE, INC., d/b/a KRAZY
DAZE, et al.,

Defendants.
_______________________________________ /

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Third-Party Defendants in member case 3:23-cv-00325-WHR-CHG, Shaker M. Hussein and Indiana Import LLC, and in support thereof states as follows:

1. On November 14, 2025, the Third-Party Plaintiff, Krazy Daze filed its Complaint for Trademark Infringement [DE 37].

2. On February 10, 2026, this Court entered an Order granting substitution of GS Holistic, LLC, in place of Krazy Daze as Third-Party Plaintiff.

3. On January 8, 2026, a copy of the Third-Party Complaint and Summons was served on Shaker M. Hussein [DE 50].

4. Shaker M. Hussein was to have responded to or filed an answer to the Third-Party Complaint by January 29, 2026, but as of the date of this Motion, Shaker M. Hussein failed to file anything with this Court.

5. It has been more than twenty-one (21) days since Shaker M. Hussein was served with the Summons and Complaint.

6. On January 7, 2026, a copy of the Third-Party Complaint and Summons was served on Indiana Import, LLC [DE 50].

7. Indiana Import, LLC was to have responded to or filed an answer to the Third-Party Complaint by January 28, 2026, but as of the date of this Motion, Indiana Import, LLC failed to file anything with this Court.

8. It has been more than twenty-one (21) days since Indiana Import, LLC was served with the Summons and Complaint.

9. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendant, Shaker M. Hussein and Indiana Import LLC and any other relief this Court deems just and proper.

Respectfully submitted,

/s/ John C. Ridge, Esq.
John C. Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 11, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John C. Ridge, Esq.
John C. Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*