**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| GS Holistic, LLC | : | |
| Plaintiff, | : | Case No. 3:23-cv-00325 |
| vs. | : | District Judge Walter H. Rice<br>Magistrate Judge Michael R. Merz |
| Krazy Daze LLC, et al., | : | |
| Defendants. | : | |

## CLERK'S ENTRY OF DEFAULT

It is appearing that Third Party Defendants **Shaker M. Hussein and Indiana Import, LLC** are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Third Party Defendants **Shaker M. Hussein and Indiana Import, LLC** this 12th day of February, 2026.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: s/ Anne Wamsley
Deputy Clerk