**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00325-WHR-CHG

GS HOLISTIC, LLC,

Plaintiff,

vs.

KRAZY DAZE, INC., d/b/a KRAZY DAZE, et al.,

Defendants.

_______________________________________ /

**Plaintiff's Response to this Court's Order to Show Cause (DE 66)**

Plaintiff, GS Holistic, by and through undersigned counsel, files this response to this Court's Order to Show Cause (DE 66): The original parties (Plaintiff GS Holistic LLC and Defendant Krazy Daze, Inc and Melissa Corey) reached a settlement in this matter on February 17, 2026. As part of the settlement, the rights against Third Party Defendant Indiana Imports were assigned to Plaintiff GS Holistic. A clerk default was entered against it, and no further response has resulted from this Cross-Defendant. Plaintiff has been unable to coordinate or schedule a deposition of this Cross-Defendant. Plaintiff has now moved for a default judgment against Third Party Defendants.

Respectfully submitted,

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 28, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030