**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00325-WHR-CHG

GS HOLISTIC, LLC,

Plaintiff,

vs.

KRAZY DAZE, INC., d/b/a KRAZY
DAZE, et al.,

Defendants.
_______________________________________ /

## FINAL JUDGMENT

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against Defendants, Indiana Import LLC and Shaker M. Hussein. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and the Defendants are liable to the Plaintiff in the amount of $150,000.00, for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, the Defendants, at their cost, deliver to the Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

IT IS SO ORDERED.

DATED: 7-30-2026

Walter H. Rice
United States District Court Judge